Salvador PEREZ–GUZMAN, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 14–72439.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 27, 2016.

Zulu Ali, Law Office of Zulu Ali, Riverside, CA, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Andrew B. Insenga, OIL, U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

MEMORANDUM **

Salvador Perez–Guzman, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Perez–Guzman's motion to reopen

as untimely where it was filed more than two years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and he failed to show a change in country conditions in Mexico sufficiently material to him in order to warrant reopening, *see* 8 C.F.R. § 1003.2(c)(3)(ii), *Toufighi v. Mukasey*, 538 F.3d 988, 996 (9th Cir.2008) (setting forth the requirements for prevailing on a motion to reopen due to changed country conditions).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.